FILED
CLERK, U.S. DISTRICT COURT
12/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 8:21-CR-00226-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [33 U.S.C. §§ 1321(b)(3), 1319(c)(1)(A): Negligent Discharge of Oil into the Contiguous Zone of the United States] |
| AMPLIFY ENERGY CORP., BETA OPERATING COMPANY, LLC, d/b/a "Beta Offshore," and SAN PEDRO BAY PIPELINE COMPANY, | |
| | [CLASS A MISDEMEANOR] |
| Defendants. | |

The Grand Jury charges:

[33 U.S.C. §§ 1321(b)(3), 1319(c)(1)(A); 18 U.S.C. § 2(b)]

On or about October 1 and 2, 2021, within the Central District of California, upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, defendants AMPLIFY ENERGY CORP., BETA OPERATING COMPANY, LLC, doing business as "Beta Offshore," and SAN PEDRO BAY PIPELINE COMPANY (collectively, "defendants") negligently discharged, and caused to be negligently discharged, oil into the waters of the contiguous zone of the United States, namely, in the San Pedro Bay approximately 4.7 miles off the

coast of Orange County, California, in a quantity that may be harmful to the public health, welfare, and environment of the United States.

Specifically, defendants negligently discharged, and caused to be negligently discharged, oil into the waters of the contiguous zone by, among other things:

(1) failing to properly respond to eight alarms, at approximately 4:10 p.m., 5:52 p.m., 7:15 p.m., 8:39 p.m., 9:23 p.m., 10:01 p.m., and 11:30 p.m. on or about October 1, 2021, and at approximately 5:28 a.m. on or about October 2, 2021, from the automated leak detection system on the 16-inch San Pedro Bay Pipeline (the "Pipeline") that defendants owned and operated;

(2) after the first leak alarm at approximately 4:10 p.m. on or about October 1, 2021, shutting down and restarting the Pipeline five times, from approximately 5:10 p.m. to approximately 10:33 p.m. on or about October 1, 2021, and consequently pumping oil through the Pipeline for an aggregate of more than three hours during that time;

(3) restarting and pumping oil through the Pipeline from approximately 11:15 p.m. on or about October 1, 2021, to approximately 2:27 a.m. on or about October 2, 2021, while crewmembers conducted a manual leak detection test;

(4) restarting and pumping oil through the Pipeline from approximately 5:11 a.m. to approximately 6:04 a.m. on or about October 2, 2021, in reliance on the inability of non-crewmembers in a boat to locate an oil discharge from the Pipeline in darkness in the middle of the night;

(5) operating the Pipeline on or about October 1 and 2, 2021, with crewmembers who had not been provided sufficient training regarding the Pipeline's automated leak detection system; and

(6) operating the Pipeline on or about October 1 and 2, 2021, with an understaffed and fatigued crew.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental & Community Safety Crimes Section

MATTHEW W. O'BRIEN
BRIAN R. FAERSTEIN
Assistant United States Attorneys
Environmental & Community Safety Crimes Section