1  Mark Holscher (SBN 139582)
2  mark.holscher@kirkland.com
   KIRKLAND & ELLIS LLP
3  555 South Flower Street, Suite 3700
   Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5
6  Brian Benczkowski (Admitted *pro hac vice*)
   brian.benczkowski@kirkland.com
7  KIRKLAND & ELLIS LLP
   1301 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: (202) 389-5000
9  Facsimile: (202) 389-5200
10
   *Counsel for Defendants Amplify Energy*
11 *Corp., Beta Operating Company, LLC,*
   *and San Pedro Bay Pipeline Company*
12
13 *[Additional Counsel in Signature Block]*

14                **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16                    **SOUTHERN DIVISION**

| | |
|---|---|
| 17  UNITED STATES OF AMERICA, | CASE NO. 8:21-cr-00226-DOC |
| 18                Plaintiff, | **JOINT MOTION TO CORRECT** |
| 19                                              | **CLERICAL ERROR** |
| 20        v. | Judge:        Hon. David O. Carter |
| 21  AMPLIFY ENERGY CORP., BETA | Hearing Date: October 24, 2022 |
| 22  OPERATING COMPANY, LLC, d/b/a/ | Time:         1:30 p.m. |
| 23  "Beta Offshore," and SAN PEDRO BAY | Courtroom:    10A |
|     PIPELINE COMPANY, | |
| 24                Defendants. | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

                  **JOINT MOTION TO CORRECT CLERICAL ERROR**

## <u>NOTICE OF MOTION AND JOINT MOTION TO CORRECT CLERICAL ERROR</u>

Defendants AMPLIFY ENERGY CORP., BETA OPERATING COMPANY, LLC, d/b/a "Beta Offshore," and SAN PEDRO BAY PIPELINE COMPANY (collectively, "defendants"), by and through their counsel of record, Brian Benczkowski and Mark Holscher and Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Matthew O'Brien and Brian Faerstein, (collectively the "parties"), for the reasons set forth below, jointly request that the Court enter an order correcting clerical error in defendants' Judgment and Probation/Commitment Orders, filed on September 8, 2022, in Case No. 8:21-cr-00226-DOC.

**JOINT MOTION TO CORRECT CLERICAL ERROR**

## JOINT MOTION TO CORRECT CLERICAL ERROR

Defendants Amplify Energy Corp. ("Amplify"), Beta Operating Company, LLC ("Beta"), and San Pedro Bay Pipeline Company ("SPB Pipeline," and collectively "Defendants") and the Government jointly move the Court under Rule 36 of the Federal Rules of Criminal Procedure to correct a clerical error in each Defendant's Judgment and Probation/Commitment Order ("J&C"), filed on September 8, 2022, in Case No. 8:21-cr-00226-DOC.  (Dkt. Nos. 58, 59, 61.)

As the Court knows, this is a criminal environmental case against three closely-related corporate defendants—Amplify, Beta, and SPBay Pipeline. On September 8, 2022, each pled guilty to one count of negligent discharge of oil into the contiguous zone of the United States, in violation of 33 U.S.C. §§ 1321(b)(3), 1319(c)(1)(A).

A key term of the plea agreements, made under Federal Rule of Criminal Procedure 11(c)(1)(C), was that Defendants would collectively pay a $7.1 million federal criminal fine. As both the Government and counsel for Defendants explained, and the Court acknowledged, during the change of plea and sentencing hearings, that would be accomplished by the full fine being levied against Amplify. The other two Defendants—Beta and SPB Pipeline—would be held jointly and severally liable for that fine in the event that Amplify did not pay. *See* Ex. A (9/8 Transcript of Change of Plea) at 3:6–13 (Mr. Faerstein explaining terms); 78:6–10 (Defense counsel[1] explaining, and Court acknowledging that "there is a $7.1 million fine, criminal fine, that is joint and several to all three Defendants"); 76:20-77:9 (explaining concern that "the record could make inadvertently appear that it's 21.3, but it's 7.1 because it's joint and several."); 78:17-81:12 (Court confirming with both parties the structure of the fine and how it should be reflected in the Court's order with respect to Beta); 93:21-94:8 (Court

---

[1] The transcript refers to this person as "Mr. Speaker," but it is clear from context that it is a defense attorney, likely Mr. Holscher.

3

**JOINT MOTION TO CORRECT CLERICAL ERROR**

similarly confirming with both parties how the fine structure should be reflected in the Court's order with respect to SPB Pipeline).[2]

Due to an apparent clerical error, however, *each* Defendant's J&C states that it is subject to a $7.1 million fine. (*See* Exs. B–D.) That arguably implies that the fine against Defendants, collectively, is $21.3 million—a point expressly discussed and rejected at the sentencing and which is contrary to the sentence imposed on Defendants on September 8, 2022. The parties thus jointly request that Court correct the clerical error in the J&Cs.

In addition, the J&C against Amplify omitted Amplify's obligation to pay the mandatory $125 special assessment. (*See* Ex. B.)

"When there is a discrepancy between an unambiguous oral pronouncement of a sentence and the written judgment, the oral pronouncement controls." *United States v. Fifield*, 432 F.3d 1056, 1059 n.3 (9th Cir. 2005). Rule 36 of the Federal Rules of Criminal Procedure permits a Court to "at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Cr. P. 36.

"Rule 36 is the appropriate remedy to make the judgment and commitment papers conform to the sentence pronounced orally." 3 Wright & Miller, *Federal Practice & Procedure* § 641. For instance, when a sentencing transcript revealed that fines would be imposed cumulatively across all counts, Rule 36 authorized the Court to correct a J&C that suggested otherwise. *See United States v. Dickie*, 752 F.2d 1398, 1400 (9th Cir. 1985). As the Ninth Circuit noted, "[t]he fact that both the court and counsel construed the oral pronouncement as imposing a separate fine on each count in all

---

[2] The plea agreements entered into between the Government and Beta and SPB Pipeline, respectively, expressly contemplated that each defendant would be held jointly and severally liable with Amplify for the $7.1 million fine, which the parties explained on the record at sentencing. *See* Dkt. No. 43 (Beta Plea Agreement) at ¶ 15.b ("Defendant shall be jointly and severally liable for the criminal fine that the Court imposes on co-defendant AMPLIFY ENERGY CORP."); Dkt. No. 44 (SPB Pipeline Plea Agreement) at ¶ 15.b (same language as to criminal fine).

**JOINT MOTION TO CORRECT CLERICAL ERROR**

proceedings prior to the filing of the present Rule 36 motion is highly probative on the question of the source of the error." *Id.* at 1401. That is equally true here.

The sentencing transcript unambiguously reflects the parties' agreement, and the Court's acknowledgement, that a single $7.1 million fine would apply to all three Defendants. To accomplish that, the fine would be levied as a sentence on Amplify, but the judgment would reflect that Beta and SPB Pipeline would be held jointly and severally liable for its satisfaction. Defendants and the Government thus respectfully request that the J&Cs of Beta and SPB Pipeline be corrected to correspond with the oral sentence imposed. In addition, the parties respectfully request that Amplify's J&C should be corrected to reflect its obligation to pay the $125 special assessment.

Proposed language for amending each of the J&Cs is attached hereto as Exhibits E, F, and G.

Respectfully submitted,

DATED: September 20, 2022

*/s/ Mark Holscher*

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Brian Benczkowski (Admitted *pro hac vice*)
brian.benczkowski@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Defendants Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company*

5
**JOINT MOTION TO CORRECT CLERICAL ERROR**

1

2   DATED: September 20, 2022          E. Martin Estrada
                                       United States Attorney
3                                      Scott M. Garringer
                                       Assistant United States Attorney
4                                      Chief, Criminal Division

5                                      */s/ Brian Faerstein*
                                       Matthew O'Brien
6                                      Brian Faerstein
                                       Assistant United States Attorneys
7

8                                      *Attorneys for Plaintiff United States of America*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION TO CORRECT CLERICAL ERROR**

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  September 20, 2022

*/s/ Mark Holscher*
Mark Holscher

**JOINT MOTION TO CORRECT CLERICAL ERROR**